Isidore Duckoff v. Bernard Ruhe.— Motion granted, with ten dollars costs.

Pioneer Iron Works v. Marine Engine Company.— Motion denied on payment of ten dollars costs.

Martin L. Ungrich v. Henry Ungrich.— Motion denied, with ten dollars costs.

Thomas J. Kennedy v. Hammacher, Schlemmer & Company.— Motion denied on payment of ten dollars costs.

Clara Neumuller v. Frederick Holbrook (2 cases).— Motion granted.

Lily I. Jackson v. Elizabeth M. Byrne.— Motion denied, with ten dollars costs.

In the Matter of H. Amelia Bedford.— Motion denied, with ten dollars costs.

Moses Valentine v. Jacob Rabinowitz.— Motion granted, with ten dollars costs. Settle order on notice.

Jacob Weis v. Bernard Edelstein.— Motion denied.

Moses H. Phillips v. Isaac Van Leer.— Motion granted, with ten dollars costs. See memorandum.

Moses H. Phillips v. Isaac Van Leer.— Motion denied, with leave to appellant to move as stated in memorandum per curiam. Settle order on notice.

William C. Davies v. Henry D. Hotchkiss. Emanuel E. Fox v. Francis A. Murdoch.— Applications denied, with ten dollars costs. Orders signed.

In the Matter of Grade Damage Commission. (In the Matter of Astor, In the Matter of Gainsborg, In the Matter of De Vinne, In the Matter of Geiszler, In the Matter of Morrison, In the Matter of Sauter, In the Matter of Tinsley, In the Matter of Wilcox, In the Matter of Wilcox.) — Motions granted. Settle orders on notice.

Guiseppe Priolo v. Southard Wrecking Company.— Motion to go to Court of Appeals granted.

Emil Weil and Others v. Central Vermont Railway Company.— Motion denied, with ten dollars costs.

Everitt Magagnos v. P. H. Ohmeis.— Motion denied, with ten dollars costs.

Lawrence S. Jackson v. Carolina T. Paterno.— Motion denied, with ten dollars costs.

Raffael Luongo v. Hyman Davis.— Motion denied, with ten dollars costs.

Louis Brown and Another v. Fannie Grossman and Another.— Motion denied, with ten dollars costs. Memorandum per curiam. Settle order on notice.

John K. Jones, Individually, etc., v. New York Elevated Railway Company.— Motion granted. Settle order on notice.

Caesar Misch, Incorporated, v. Julius E. Mosheim.— Motion denied.

The People of the State of New York ex rel. Central Park, North and East River Railroad Company, Relator, v. William R. Willcox and Others, Constituting the Public Service Commission of the State of New York, First District, Respondents.— Motion denied. Settle order on notice. (See *People ex rel. Joline* v. *Willcox*, 129 App. Div. 267.)

Annie Dittman, Respondent, v. The City of New York, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, on the ground that the verdict is against the weight of evidence as to the hole being independent of the catch basin in the street in front of the sewer. (Patterson, P. J., dissenting.)